# In the United States District Court for the Southern District of Georgia Brunswick Division

FILED
U.S. DISTRICT COURT
BRUNSWICK DIV
2007 JAN 25  P 12: 23

| | | |
|---|---|---|
| TYONA MCDANIEL, | : | CIVIL ACTION |
| Plaintiff, | : | |
| v. | : | |
| GLYNN COUNTY, GEORGIA, | : | |
| Defendant | : | NO. CV206-46 |

### O R D E R

Presently before the Court is Defendant's motion seeking to dismiss Plaintiff's complaint for failure to appear at her scheduled deposition or to respond to Defendant's outstanding Requests for Production. In the alternative, Defendant requests the Court to compel Plaintiff to appear for deposition and respond to Defendant's Requests for Production. Plaintiff has filed no response.

Plaintiff is hereby ordered to show cause in writing within fifteen (15) days from the date of entry of this Order why the Court should not grant Defendant's motion to dismiss

AO 72A
(Rev. 8/82)

with prejudice.  Failure to comply shall result in dismissal of this action.

**SO ORDERED**, this \_\_\_25th\_\_\_ day of January, 2007.

_____
JUDGE, UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)